United States District Court
Southern District of Texas

**ENTERED**

May 22, 2026

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION**

| | | |
|---|---|---|
| CAMILA SCARLETH MURILLO-VERA, | § § § | |
| Petitioner, | § § | |
| V. | § § | CIVIL ACTION NO. 5:26-CV-806 |
| ORLANDO PEREZ, *et al.*, | § § § | |
| Respondents. | § | |

## <u>ORDER</u>

Before the Court is Petitioner's Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 or Order to Show Cause Within Three Days, (Dkt. No. 1), and Respondents' Motion for Summary Judgment, (Dkt. No. 11).

The Court **ORDERS** Respondents to file supplemental briefing **by May 29, 2026**, that addresses these issues:

- Petitioner's argument that Respondents failed to comply with the release-pending-appeal policy, (Dkt. No. 1-4; Dkt. No. 1 at 29);
- The constitutionality of the automatic stay provision (8 C.F.R. § 1003.6(a)), (Dkt. No. 1 at 30);
- Whether there is a legitimate regulatory purpose for Petitioner's continued detention following her grant of asylum by an Immigration Judge, (Dkt. No. 13 at 8; Dkt. No. 1-6).

Petitioner may file a reply **by June 5, 2026**.

Respondents are advised that the Court may consider unaddressed arguments as unopposed.

It is so **ORDERED**.

**SIGNED** on May 22, 2026.

_____
John A. Kazen
United States District Judge